IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED

11:36 am, 8/21/24

**Margaret Botkins
Clerk of Court**

| | |
|---|---|
| TYPHOON ADVERTISING, a Wyoming corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL KNOWLES, SARAH TREVINO, NAIKA MALVEAUX, TIM RUNGE, and JOHN AND JANE DOES 4-10,<br><br>　　　　　Defendants. | Case No. 21-CV-194-KHR |

## ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME

This matter comes before the Court on the Plaintiff's Stipulated Motion for Extension of Time. [ECF No. 126]. After holding a status conference on August 21, 2024, the Court finds there is good cause to vacate and continue certain dates at the parties' request. The Initial Pretrial Order is hereby amended to reflect the following:

1. Dispositive motions will be due on Wednesday, October 2nd, 2024. Responses will be due 14 days after any motions are filed.

2. The dispositive motions hearing will be held on Wednesday, October 30th, 2024, at 2:00 P.M.

3. The final pretrial conference is moved to Tuesday, November 26th, 2024, at 2:00 P.M.

4. The jury trial is moved to Monday, December 16th, 2024, at 9:00 A.M. It is scheduled for five days and stacked #1 on the Court's docket.

Except for the amended deadlines, all other provisions of the Initial Pretrial Order remain in full effect. [ECF No. 17].

Dated this 21st day of August, 2024.

_____
Kelly H. Rankin
United States District Judge